AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CHARLES MCLANE

               Plaintiff
  v.                            **Civil Action No. 3:15-cv-119**

SCHOOL CITY OF MISHAWAKA

               Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other:   SUMMARY JUDGMENT is entered in favor of defendant School City of Mishawaka and AGAINST plaintiff Charles McLane

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge William C. Lee   on a   Motion for Summary Judgment

DATE:   2/1/2017                    ROBERT TRGOVICH, CLERK OF COURT

                                                  by   s/J.Schrader
                                                        *Signature of Clerk or Deputy Clerk*